District Judge Ronald B. Leighton
Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. MC09-5005-RBL-KLS |
| Petitioner, ) | |
| ) | ORDER GRANTING |
| ) | UNITED STATES' WITHDRAWAL |
| v. ) | OF PETITION TO ENFORCE |
| ) | INTERNAL REVENUE SERVICE |
| BONNIE VASKO, ) | SUMMONS |
| ) | |
| Respondent. ) | |

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons; the United States of America, being represented by its counsel, Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, and Maren R. Norton, Assistant United States Attorney; it is hereby

[PROPOSED] ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS - 1
[MC09-5005-RBL-KLS]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons is GRANTED. The above-captioned case is hereby DISMISSED.

DATED this 20th day of May, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry:

 s/Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge


Presented by:

 /s/ Maren R. Norton
Maren R. Norton, WSBA# 35435
Assistant United States Attorney

[PROPOSED] ORDER GRANTING UNITED STATES'
WITHDRAWAL OF PETITION TO ENFORCE INTERNAL
REVENUE SERVICE SUMMONS - 2
[MC09-5005-RBL-KLS]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970